# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150146(53)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellant,

v

PAUL CHARLES SEEWALD,
          Defendant-Appellee.

_____/

SC:  150146
COA:  314705
Wayne CC:  12-010198-FH

   On order of the Chief Justice, the motion of the Prosecuting Attorneys Association of Michigan to participate in oral argument is DENIED.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

          March 25, 2015



                    Clerk